# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

| | |
|---|---|
| **BENTON WILLIAMS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 5:09-cv-00096-DCB-JMR |
| **FORT DEARBORN LIFE** | ) |
| **Defendant.** | ) |

## ORDER

Whereby Plaintiff Benton Williams, and Defendant, Fort Dearborn Life Insurance Company, have filed a Joint Stipulation of Dismissal With Prejudice, it is hereby

**ORDERED, ADJUDGED and DECREED** that all claims of all parties in the above styled action are hereby dismissed with prejudice, each party to bear its own costs.

**DONE AND ORDERED** this 26th day of February, 2010.

    s/David Bramlette
    HON. DAVID C. BRAMLETTE, III
    UNITED STATES DISTRICT JUDGE